## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HENRY LOUIS CARR,

      Petitioner,

v.                                  Case No. 2:11-CV-10539

CARMEN PALMER,

      Respondent.

_____/

### JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability'" dated October 31, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Carmen Palmer and against Petitioner Henry Louis Carr.  Dated at Detroit, Michigan, this 31st day of October 2012.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              __S/Lisa Wagner_____
                         By:  Lisa Wagner, Case Manager
                            to Judge Robert H. Cleland